IN the INTEREST OF: E.H., A Minor.

### No. ED 101740

Missouri Court of Appeals,
Eastern District,
*DIVISION ONE*.

Filed: March 10, 2015

Stephen J. Bardol, 34 North Gore Avenue, Suite 203, St. Louis, Missouri 63119, David Redmond Crosby (Guardian Ad Litem), 225 Main Street, P.O. Box 79, Hillsboro, Missouri 63050, for Appellant.

Amanda Sodomka, Theodore Allen, Jr. (co-counsel), P.O. Box 100, Hillsboro, Missouri 63050, for Respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J. and Lisa S. Van Amburg, J.

## ORDER

PER CURIAM

T.A.D. appeals the juvenile court's judgment terminating her parental rights to minor child E.H., upon the petition filed by the Juvenile Officer of Jefferson County.

We have reviewed the briefs and the record on appeal. The judgment is supported by substantial evidence and is not against the weight of the evidence. An opinion reciting the detailed facts and re-

stating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum, for their information only, setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).